**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 71.207.103.244**

**ISP:** Comcast Communications, LLC
**Physical Location:** Chambersburg, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/05/2019 12:15:07 | 50F2E1A6141A9F29B86C9F2631BF0826EF4DDF62 | Best Fashion Model Girlfriends |
| 03/05/2019 12:12:21 | 32EB11B02C0EE1044E2144F1510B9A30A688DC42 | Fashion Model Private Strip Tease |
| 10/26/2018 23:55:09 | 914C9908FCC37668E9E2D55F54B8F520093230E1 | California Couple Cumming in Malibu |
| 10/23/2018 02:36:07 | 6A6FC9C13F279FA51EE7F3658A3296F273C7089D | Sexy Surfing Lessons |
| 10/05/2018 20:55:59 | 5F2FC913EB55911A7C28523EA9854518E946EAA8 | 18 Year Old Models First Time Threesome |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

MPA125