**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MALIBU MEDIA, LLC,            )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>v.                                           )<br>                                              )<br>JOHN DOE subscriber assigned IP )<br>Address 71.207.103.244,        )<br>                                              )<br>            Defendant.             )<br>_____) | Civil Case No. <u>1:19-cv-00848-SHR</u> |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 71.207.103.244. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 30, 2019                    Respectfully submitted,

                                                                  FIORE & BARBER, LLC

                                                   By:    /s/ *Christopher P. Fiore*
                                                              Christopher P. Fiore, Esquire
                                                              418 Main Street, Suite 100
                                                              Harleysville, PA 19438
                                                              Tel: (215) 256-0205
                                                              Fax: (215) 256-9205
                                                              Email: cfiore@fiorebarber.com
                                                              PA Attorney ID: 83018
                                                              **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>*Christopher P. Fiore*</u>